[No. 13696–8–I.   Division One.   April 15, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. DENNIS ARTHUR MATHIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–1–00434–5, Francis E. Holman, J., entered August 3, 1983. *Affirmed* by unpublished opinion per Swanson, J., concurred in by Corbett, C.J., and Webster, J.

[No. 14759–5–I.   Division One.   April 15, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. CALVIN GLOVER, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84–1–00141–7, Robert E. Dixon, J., entered May 9, 1984. *Reversed* by unpublished opinion per Coleman, J., concurred in by Grosse, J., Corbett, C.J., concurring in the result.

[No. 6921–1–II.   Division Two.   April 16, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. KOLOSE OMELI, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–01568–9, James D. Roper, J., entered February 28, 1983. *Affirmed* by unpublished opinion per Alexander, J., concurred in by Worswick, C.J., and Petrich, J.

[No. 6900–8–II.   Division Two.   April 16, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY LEWIS OAKS, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 82–1–02039–9, D. Gary Steiner, J., entered February 8, 1983. *Dismissed* by unpublished opinion per Alexander, J., concurred in by Reed, A.C.J., and Petrich, J.